710 A.2d 1140

**Chiman GOHEL and Vina Gohel, Petitioners**

v.

**MONTGOMERY HOSPITAL, Joseph Bender, M.D., and L. Wimal Perera, M.D., Respondents.**

Supreme Court of Pennsylvania.

June 10, 1998.

## ORDER

PER CURIAM.

AND NOW, this 10th day of June, 1998, the Petition for Allowance of Appeal is granted, the Order of the Superior Court is reversed, and the matter is remanded to the Court of Common Pleas of Montgomery County for further proceedings consistent with this Court's opinions in *Jacobs v. Halloran*, 551 Pa. 350, 710 A.2d 1098 (1998) and *Marino v. Hackman*, 551 Pa. 369, 710 A.2d 1108 (1998).